March 6, 1998. This Court's Rule 29.2 does not apply.

No. 97–581. PENNSYLVANIA BOARD OF PROBATION AND PAROLE *v.* SCOTT. Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. In addition to this question, the parties are invited to brief and argue the following question: "Must a search of a parolee's residence be based on reasonable suspicion to be valid under the Fourth Amendment where the parolee has consented to searches as a condition of his parole?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, January 9, 1998. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 6, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 6, 1998. This Court's Rule 29.2 does not apply.

No. 97–6860 (A–388). WILLIAMS *v.* NEBRASKA. Sup. Ct. Neb. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 1, 1997

No. D–1876. IN RE DISBARMENT OF GERMAIN. Thomas M. Germain, of Windsor, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1877. IN RE DISBARMENT OF POLLAN. Steven E. Pollan, of South Orange, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.